UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.,<br><br>    Defendant. | Case No. 3:21-cv-00656<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR A STAY PENDING ARBITRATION**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant University Hospitals Health System, Inc. ("UH") moves for judgment on the pleadings against Plaintiff Samuel Johnson, who asserts three counts: tortious interference with employment relations (Count 1); tortious interference with contract under Tennessee common law (Count 2); and tortious interference with contract under Tenn. Code § 47-50-109 (Count 3). Alternatively, UH moves for a discretionary stay of this case pending the ongoing arbitration between Mr. Johnson and his former employer, VisuWell. This motion is supported by the accompanying memorandum of law. Pursuant to Local Rule 7.01(a), counsel for UH has conferred with counsel for Mr. Johnson regarding a stay of this case, and Mr. Johnson has not taken a position as of the time of this filing.

Dated: October 15, 2021                    Respectfully submitted,

                                           */s/ L. Webb Campbell II*
                                           L. Webb Campbell II (No. 11238)
                                           John L. Farringer IV (No. 22783)
                                           SHERRARD ROE VOIGT HARBISON, PLC
                                           150 3rd Avenue South, Suite 1100
                                           Nashville, Tennessee 37201
                                           (615) 742-4200
                                           wcampbell@srvhlaw.com
                                           jfarringer@srvhlaw.com

                                           Justin E. Herdman (admitted *pro hac vice*)
                                           Collin R. Flake (admitted *pro hac vice*)
                                           JONES DAY
                                           901 Lakeside Avenue
                                           Cleveland, Ohio 44114
                                           (216) 586-3939
                                           jherdman@jonesday.com
                                           cflake@jonesday.com

                                           *Counsel for Defendant University*
                                           *Hospitals Health System, Inc.*

**CERTIFICATE OF SERVICE**

Service of the foregoing was accomplished through the Court's Electronic Filing System this 15th day of October, 2021, upon the following:

Todd V. McMurtry
J. Will Huber
HEMMER DEFRANK WESSELS, PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
tmcmurtry@hemmerlaw.com
whuber@hemmerlaw.com

Timothy W. Burrow
BURROW & CRAVENS
3016 Hedrick Street, Suite 200
Nashville, Tennessee 37203
tburrow@burrowcravenslaw.com

*/s/ L. Webb Campbell II*